## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| **BLUESTONE COAL CORP.,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:16-CV-06098** |
| | ) | **Honorable Thomas E. Johnston** |
| | ) | |
| **PINNACLE MINING CO., LLC,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

### JOINT MOTION TO CONTINUE SCHEDULING ORDER

Now come the Plaintiffs and Defendants, TAM International, Inc.; Pinnacle Mining Company, LLC; Seneca North American Coal, LLC; Seneca Coal Resources, LLC; Target Drilling, Inc.; Cliffs Natural Resources, Inc.; C&J Well Services, Inc.; and, Ken and Coy Rock Company (collectively "the Parties"),  by and through counsel, and respectfully move the Court for an Order Continuing the Scheduling Order entered on January 31, 2017 (Docket #19).  In support of this Motion, the Parties state as follows:

1.      The original Complaint was filed in this matter on July 7, 2016.  An Amended Complaint was filed on March 23, 2017, wherein five additional defendants were added to the pending lawsuit.  A Third Party Complaint was filed on May 18, 2017 adding a sixth defendant.

2.      The current Scheduling Order was entered on January 31, 2017 (Docket #19), before the five additional defendants, and third party defendant, were added to the case.

1

The trial in this matter is currently scheduled for May 22, 2018.  The Scheduling Order also includes the following deadlines:

- Discovery requests to be completed by 11/28/2017;

- All depositions by 1/12/2018;

- Expert Witness List by parties bearing the burden of proof due by 11/8/2017;

- Expert Witness List by party not bearing burden of proof due by 12/8/2017;

- Expert Witness Lists of experts to solely contradict or rebut evidence due by 12/22/2017;

- Discovery to close by 1/12/2018;

- Summary Judgment and Other Dispositive Motions except those filed under Rule 12(b) due by 2/1/2018, with responses due by 2/15/2018 and replies due by 2/22/2018.

    2.    The Parties agree that additional time is needed to complete discovery, and propose extending all deadlines by one hundred eighty (180) days, with the trial date also continued approximately one hundred eighty (180) days.

**WHEREFORE**, the Parties respectfully request that the Court continue the Scheduling Order in this matter, and all dates contained therein, including the trial date, for a period of approximately one hundred eighty (180) days.

Respectfully Submitted,

BY COUNSEL OF RECORD

*/s/ R. Scott Long*
R. Scott Long, Esquire
David F. Nelson, Esquire
Gene W. Bailey, II, Esquire
HENDRICKSON & LONG, PLLC
214 Capitol Street (zip 25301)
Post Office Box 11070
Charleston, WV  25339
**Counsel for Plaintiffs**

*/s/Diana Leigh Johnson*
Diana Leigh Johnson, WVSB No. 7466
Stuart A. McMillan, WVSB No. 6352
Andrew C. Robey, WVSB No. 12806
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
(304) 347-1100
Email: djohnson@bowlesrice.com
Email: smcmillan@bowlesrice.com
Email: arobey@bowlesrice.com

Murphy S. Klasing, WVSB No. 11299
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 961-9045
(713) 961-5341-Fax
Email: mklasing@wkpz.com
**Counsel for TAM International, Inc.**

*/s/ Peter J. Raupp*_____
Devon J. Stewart, Esquire
Peter J. Raupp, Esquire
John J. Meadows, Esquire
STEPTOE & JOHNSON PLLC
Chase Tower – Seventeenth Floor
707 Virginia Street East
P.O. Box 1588
Charleston, WV  25326-1588
***Counsel for Defendants, Pinnacle Mining Company, LLC,***
***Seneca North American Coal, LLC***
***and Seneca Coal Resources, LLC***

*/s/ Edgar Allen Poe, Jr.*_____
Edgar Allen Poe, Jr.
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
***Counsel for Target Drilling, Inc.***

*/s/ Robert A. Lockhart*_____
Robert A. Lockhart, Esquire
CIPRIANI & WERNER, P.C.
500 Lee Street, East
Laidley Tower, Suite 900
Charleston, WV 25301
***Counsel for C&J Well Services, Inc.***

Philip J. Sboralla, Esquire
Jordan Swaton, Esquire
CIPRIANI & WERNER, P.C.
114 Market Street, Suite 300
Wheeling, WV  26003
***Counsel for C&J Well Services, Inc.***

*/s/ John L. MacCorkle*
John L. MacCorkle, Esquire
Michael E. Mullins, Esquire
MACCORKLE LAVENDER PLLC
300 Summers Street, Suite 800
Post Office Box 3283
Charleston, WV 25332-3283
**Counsel for Third-Party Defendant Ken & Coy Rock Company**

*/s/ Marc E. Williams*
Marc E. Williams, Esquire
NELSON, MULLINS,  RILEY
& SCARBOROUGH LLP
949 Third Avenue, Suite 200
Huntington, WV  25701
**Counsel for Defendant Cliffs Natural Resources, Inc.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| **BLUESTONE COAL CORP.,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No.: 2:16-CV-06098** |
| | ) **Honorable Thomas E. Johnston** |
| | ) |
| **PINNACLE MINING CO., LLC,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of October 2017, a true copy of

the foregoing **"Joint Motion to Continue Scheduling Order"** was electronically filed with the

Clerk of the Court through the CM/ECF System which will serve electronic copies upon all

counsel of record via the Court's CM/ECF system.

R. Scott Long, Esquire
David F. Nelson, Esquire
Gene W. Bailey, II, Esquire
HENDRICKSON & LONG, PLLC
214 Capitol Street (zip 25301)
Post Office Box 11070
Charleston, WV  25339
*Counsel for Plaintiffs*

Marc E. Williams, Esquire
NELSON, MULLINS,  RILEY
& SCARBOROUGH LLP
949 Third Avenue, Suite 200
Huntington, WV  25701
*Counsel for Defendant Cliffs Natural Resources, Inc.*

E. Sean Medina (pro hac)
Robert J. Fogarty (pro hac)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio  44114
***Counsel for Defendant Cliffs Natural Resources***

Devon J. Stewart, Esquire
Peter J. Raupp, Esquire
John J. Meadows, Esquire
STEPTOE & JOHNSON PLLC
Chase Tower – Seventeenth Floor
707 Virginia Street East
P.O. Box 1588
Charleston, WV  25326-1588
***Counsel for Defendants, Pinnacle Mining Company, LLC,***
***Seneca North American Coal, LLC***
***and Seneca Coal Resources, LLC***

Edgar Allen Poe, Jr.
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
***Counsel for Target Drilling, Inc.***

Robert A. Lockhart, Esquire
CIPRIANI & WERNER, P.C.
500 Lee Street, East
Laidley Tower, Suite 900
Charleston, WV 25301
***Counsel for C&J Well Services, Inc.***

Philip J. Sboralla, Esquire
Jordan Swaton, Esquire
CIPRIANI & WERNER, P.C.
114 Market Street, Suite 300
Wheeling, WV  26003
***Counsel for C&J Well Services, Inc.***

John L. MacCorkle, Esquire
Michael E. Mullins, Esquire
MACCORKLE LAVENDER PLLC
300 Summers Street, Suite 800
Post Office Box 3283

Charleston, WV 25332-3283
***Counsel for Third-Party Defendant Ken & Coy Rock Company***

*/s/Diana Leigh Johnson*
Diana Leigh Johnson, WVSB No. 7466