# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**BLUESTONE COAL CORPORATION,**
a West Virginia Corporation; and
**DOUBLE-BONUS MINING COMPANY,**
a West Virginia Corporation,

      **Plaintiffs,**

v.                                        **CIVIL ACTION NO. 2:16-CV-06098**
                                              **Honorable Thomas E. Johnston**

**PINNACLE MINING COMPANY, LLC,**
a Delaware Corporation; et al.,

      **Defendants, Third Party Plaintiff,**

v.

**KEN & COY ROCK COMPANY,**

      **Third Party Defendant.**

## NOTICE OF MEDIATION

    Notice is hereby given that mediation in the above-styled matter will take place on Wednesday, June 13, 2018, beginning at 9:00 a.m., at the offices of Steptoe & Johnson, PLLC, located at 707 Virginia Street, East, 17th Floor, Charleston, West Virginia 25301, with Stephen J. Dalesio serving as mediator. Each party is to bear their share of the mediation expense.

    You are invited to appear and protect your interests.

**BLUESTONE COAL CORPORATION, and DOUBLE-BONUS MINING COMPANY, LLC,**

**By Counsel.**

*/s/ R. Scott Long                    5/31/2018*
R. Scott Long, Esquire (#2238)
David F. Nelson, Esquire (#5754)
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (zip 25301)
P.O Box 11070
Charleston, West Virginia 25339
(304) 346-5500
(304) 346-5515 (facsimile)
scott@handl.com
dnelson@handl.com

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**BLUESTONE COAL CORPORATION,**
et al.,

      **Plaintiffs,**

v.                                      **CIVIL ACTION NO. 2:16-CV-06098**
                                                      (Honorable Thomas E. Johnston)

**PINNACLE MINING COMPANY, LLC, et al.,**

      **Defendants, Third Party Plaintiff,**

v.

**KEN & COY ROCK COMPANY,**

      **Third Party Defendant.**

## CERTIFICATE OF SERVICE

      I, R. Scott Long, counsel for plaintiffs, do hereby certify that on the **31ˢᵗ day of May, 2018**, I served true and exact copies of the foregoing **NOTICE OF MEDIATION** upon counsel of record using the Court's CM/ECF system, which will deliver electronic copies to counsel listed below, as follows:

John J. Meadows, Esquire
Peter J. Raupp, Esquire
Devon J. Stewart, Esquire
STEPTOE & JOHNSON, PLLC
P.O. Box 1588
Charleston, West Virginia   25316-1588
*Counsel for Defendants, Pinnacle Mining Company, LLC; Seneca Coal Resources, LLC; and Seneca North American Coal, LLC*

Marc E. Williams, Esquire
NELSON MULLINS RILEY & SCARBOROUGH
P.O. Box 1856
Huntington, West Virginia   25719-1856
*Counsel for Defendant,*
*Cliffs Natural Resources*

Craig H. Averch, Esquire
Ronald K. Gorsich, Esquire
Mark E. Gustafson, Esquire
WHITE & CASE LLP
Suite 2700 / 555 South Flower Street
Los Angeles, California   90071
caverch@whitecase.com
rgorsich@whitecase.com
mgustafson@whitecase.com

John L. MacCorkle, Esquire
Michael E. Mullins, Esquire
MACCORKLE LAVENDER
P.O. Box 3283
Charleston, West Virginia   25332
*Counsel for Third-Party Defendant,*
*Ken & Coy Rock Company*

Edgar A. Poe, Jr., Esquire
Adam B. Poe, Esquire
PULLIN FOWLER FLANAGAN
  BROWN & POE
901 Quarrier Street
Charleston, West Virginia   25301
*Counsel for Defendant, Target Drilling, Inc.*

E. Sean Medina, Esquire
Robert J. Fogarty, Esquire
HAHN LOESER & PARKS
Suite 2800 / 200 Public Square
Cleveland, Ohio   44114-2316
*Counsel for Defendant,*
*Cliffs Natural Resources*

Murphy S. Klasing, Esquire
WEYCER KAPLAN PULASKI & ZUBER
Suite 1400 / 11 Greenway Plaza
Houston, Texas   77046
*Counsel for Defendant,*
*TAM International, Inc.*

Joshua A. Berman, Esquire
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
Joshua.berman@whitecase.com

*/s/ R. Scott Long*          *5/31/2018*
R. Scott Long, Esquire (#2238)
David F. Nelson, Esquire (#5754)
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (zip 25301)
P.O Box 11070
Charleston, West Virginia 25339
(304) 346-5500
(304) 346-5515 (facsimile)
scott@handl.com
dnelson@handl.com