

FILED
JUN 25 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA AT HUNTINGTON

STYLE OF CASE: BLUESTONE COAL CORPORATION and DOUBLE-BONUS MINING COMPANY v. PINNACLE MINING COMPANY, LLC, et al. v. KEN & COY ROCK COMPANY
In the U.S. District Court for the Southern District of West Virginia, Charleston
CA No. 2:16-CV-06098 (Hon. Thomas E. Johnston)

### REPORT OF MEDIATOR

A Settlement Conference was held in the above-styled case on June 13, 2018 in Charleston, WV. As a result of this conference:

1. \_\_\_\_\_ This case was settled.

2. \_\_\_\_\_ Additional mediation will take place in this case during the next two weeks, after which this form will be updated and resubmitted.

3. \_\_X\_\_ This case was not settled and it is my opinion that:

   (a) \_\_\_\_\_ The next step should be a Court-conducted status conference.

   (b) \_\_\_\_\_ The next step should be a Court-conducted settlement conference.

   (c) \_\_X\_\_ This case should proceed in normal course.

4. Counsel for the parties and the parties have authorized the mediator to supplement this mediation by stating the following:

   Counsel have requested that the mediation remain open and that the undersigned mediator remained involved for further settlement discussions.

Mediator: /s/ Stephen J. Dalesio, Esq.     Date: June 21, 2018

\*\*\* Please mail this form to the appropriate Clerk's office.