

**STEPHEN J. DALESIO, ESQUIRE**

(412)-559-8375
steve@dalesiolaw.com
P.O. Box 1115
Moon Township, PA 15108
dalesiolaw.com

June 21, 2018

Teresa L. Deppner, Clerk
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

RE: **BLUESTONE COAL CORPORATION and DOUBLE-BONUS MINING COMPANY v. PINNACLE MINING COMPANY, LLC, et al. v. KEN & COY ROCK COMPANY**
In the U.S. District Court for the Southern District of West Virginia, Charleston
CA No. 2:16-CV-06098

Dear Ms. Deppner:

On June 13, 2018, I served as a mediator for the above-referenced matter. Pursuant to LR Civ. P 16.06(h), I am enclosing herewith for filing my Mediation Report. A copy of the same is being provided to Judge Thomas E. Johnston and to counsel of record.

Thank you.

Very truly yours,

*Stephen J. Dalesio*

Stephen J. Dalesio

SJD/mjm
Enclosure

cc: The Honorable Thomas E. Johnston (*via U.S. Mail*)

*(Via Electronic Mail)*
David E. Nelson, Esq. (*DNelson@handl.com*)
R. Scott Long, Esq. (*Scott@handl.com*)
Dennis R. Rose, Esq. (*DRRose@hahnlaw.com*)
Marc E. Williams, Esq. (*Marc.Williams@nelsonmullins.com*)
John J. Meadows, Esq. (*John.Meadows@Steptoe-Johnson.com*)
Peter J. Raupp, Esq. (*Peter.Raupp@Steptoe-Johnson.com*)
Joshua A. Berman, Esq. (*Joshua.Berman@whitecase.com*)
Ronald K. Gorsich, Esq. (*RGorsich@whitecase.com*)
Diana Leigh Johnson, Esq. (*DJohnson@bowlesrice.com*)
Edgar A. Poe, Esq. (*EPoe@pffwv.com*)
John L. MacCorkle, Esq. (*JMacCorkle@mlclaw.com*)
Mark E. Gustafson, Esq. (*MGustafson@whitecase.com*)

All w/encl.