# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/20/2018                                                                                    Case Number 2:16-cv-06098
Case Style: Bluestone Coal Corporation vs. Pinnacle Mining Company, LLC
Type of hearing Telephonic Motions hearing
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                                     Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government R. Long,David Nelson


Attorney(s) for the Defendant(s) Joshua Berman,Mark Gustafson,John Meadows,Peter Raupp,Dennis Rose


Law Clerk Hunter Yoches                                                                Probation Officer N/A

## Trial Time



## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


## Court Time

2:00     to 2:45
Total Court Time: 0 Hours 45 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled Start:  2:00 p.m.
Actual Start:  2:00 p.m.

Parties present telephonically.  Court addresses current motions.  Court GRANTS motion to withdraw (ECF No. 184).  Court addresses Defendant Cliff's motion to continue.  Court will set another conference for next week.

Court recessed:  2:45 p.m.