IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BLUESTONE COAL CORPORATION, et al.,

        Plaintiffs,

v.                                 CIVIL ACTION NO.   2:16-cv-06098

DOUBLE-BONUS MINING COMPANY, et al.,

        Defendants.

**ORDER**

On July 20, 2018, this Court held a telephonic status conference in the above-styled case. For reasons more stated on the record at that hearing, the Court **GRANTS** Plaintiff's motion to withdraw (ECF No. 184).  The Court schedules another telephonic status conference for **July 27, 2018, at 3:00 p.m.**  The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                    ENTER:      July 23, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE