# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

BLUESTONE COAL CORPORATION, et al.,

        Plaintiffs,

v.                                      CIVIL ACTION NO.   2:16-cv-06098

DOUBLE-BONUS MINING COMPANY, et al.,

        Defendants.

## ORDER

On July 27, 2018, this Court held a telephonic status conference in the above-styled case. For reasons more fully stated on the record at that hearing, the Court **CONTINUES** all dates and deadlines in this case for **60 DAYS.**  The Court will hold a settlement conference on **October 2, 2018, at 10:00 a.m.**  Individuals with full authority to settle the case for each party shall be present in person.

Further, Defendant Bluestone Coal Corporation's request for pretrial conference (ECF No. 101), Defendant Cliffs Natural Resources' motion to amend (ECF No. 137), Defendant Pinnacle Mining Company's motion for joinder (ECF No. 144), and Defendant Pinnacle Mining Company's motion to modify (ECF No. 185) are **DENIED AS MOOT.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 1, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE