### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

BLUESTONE COAL CORPORATION,
a West Virginia Corporation; and,
DOUBLE-BONUS MINING COMPANY,
a West Virginia Corporation

        Plaintiffs,

v.                                            Civil Action No.: 2:16-CV-06098
                                               Honorable Thomas E. Johnston

PINNACLE MINING COMPANY, LLC,
a Delaware Corporation; TARGET
DRILLING, INC., a Pennsylvania Corporation;
SENECA COAL RESOURCES, LLC,
a Delaware Limited Liability Company;
SENECA NORTH AMERICAN COAL, LLC,
("SNAC"), a Delaware Limited Liability Company;
CLIFFS NATURAL RESOURCES, INC.,
an Ohio Corporation; TAM INTERNATIONAL, INC.,
a Delaware Corporation;

        Defendants.

### MOTION FOR SUMMARY JUDGMENT

        Defendant TAM International, Inc. ("TAM"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter summary judgment in its favor as to (i) the direct claims by Plaintiffs; and (ii) the counterclaim[1] by Cliffs Natural Resources, LLC. The record is completely devoid of any evidence of wrongdoing by TAM, and without such evidence, summary judgment in favor of TAM is proper. The grounds for

---

[1] Cliffs filed its Counterclaim to TAM's previously filed Crossclaim.

summary judgment are more fully set forth in the accompanying *Memorandum of Law in Support of Motion for Summary Judgment*, which is incorporated herein.

WHEREFORE, for the foregoing reasons, and those set forth more fully in the accompanying memorandum of law, TAM moves this Court for entry of summary judgment and such other relief that is just and proper.

                TAM INTERNATIONAL, INC.

                By Counsel,

*/s/ Andrew C. Robey*
Diana Leigh Johnson, WVSB No. 7466
Stuart A. McMillan, WVSB No. 6352
Andrew C. Robey, WVSB No. 12806
BOWLES RICE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325
Telephone: (304) 347-1100
Facsimile: (304) 347-1746
Email: djohnson@bowlesrice.com
Email: smcmillan@bowlesrice.com
Email: arobey@bowlesrice.com


Murphy S. Klasing, WVSB No. 11299
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341
Email: mklasing@wkpz.com
*Counsel for TAM International, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

BLUESTONE COAL CORPORATION,
a West Virginia Corporation; and,
DOUBLE-BONUS MINING COMPANY,
a West Virginia Corporation

        Plaintiffs,

v.                                             Civil Action No.: 2:16-CV-06098
                                                    Honorable Thomas E. Johnston

PINNACLE MINING COMPANY, LLC,
a Delaware Corporation; TARGET
DRILLING, INC., a Pennsylvania Corporation;
SENECA COAL RESOURCES, LLC,
a Delaware Limited Liability Company;
SENECA NORTH AMERICAN COAL, LLC,
("SNAC"), a Delaware Limited Liability Company;
CLIFFS NATURAL RESOURCES, INC.,
an Ohio Corporation; TAM INTERNATIONAL, INC.,
a Delaware Corporation;

        Defendants.

**CERTIFICATE OF SERVICE**

        The undersigned counsel for Tam International, Inc., hereby certifies that on this **14th day of September, 2018**, a true copy of the foregoing ***"Motion for Summary Judgment"*** was electronically filed with the Clerk of the Court through the CM/ECF System which will send electronic notification to the following participants:

| | |
|---|---|
| Craig Averch, Esquire<br>Weil Gotshall & Manges<br>901 West Main Street Suite 4100<br>Dallas Texas 65202<br>*Counsel for Pinnacle Mining Company,*<br>*LLC, Seneca Coal Resources, LLC, and*<br>*Seneca North American Coal, LLC* | Gene W. Bailey, II, Esquire<br>R. Scott Long, Esquire<br>David F. Nelson, Esquire<br>Hendrickson & Long<br>Post Office Box 11070<br>Charleston West Virginia 25339<br>*Counsel for Bluestone Coal Corporation*<br>*and Double-Bonus Mining Company* |

3

<div style="column-count:2">

Joshua A. Berman, Esquire
White & Case
1221 Avenue of the Americas
New York New York 10020-1095
*Counsel for Seneca Coal Resources, LLC,
Seneca North American Coal, LLC, and
Pinnacle Mining Company, LLC*

Ronald K. Gorsich, Esquire
Mark E. Gustafson, Esquire
White & Case
Suite 2700, 555 South Flower Street
Los Angeles California 90071
*Counsel for Seneca Coal Resources, LLC,
Seneca North American Coal, LLC, and
Pinnacle Mining Company, LLC*

Thomas M. Hancock, Esquire
Christopher D. Smith, Esquire
Marc E. Williams, Esquire
Nelson Mullins Riley & Scarborough, LLP
949 Third Avenue Suite 200
Huntington West Virginia 25701
*Counsel for Cliffs Natural Resources, Inc.*

John L. MacCorkle, Esquire
Michael E. Mullins, Esquire
MacCorkle Lavender
Post Office Box 3283
Charleston West Virginia 25322
*Counsel for Ken & Coy Rock Company*

Robert J. Fogarty, Esquire
E. Sean Medina, Esquire
Dennis R. Rose, Esquire
Christopher Warren St. Marie, Esquire
Hahn Loeser & Parks
Suite 2800, 200 Public Square
Cleveland Ohio 44114-2316
*Counsel for Cliffs Natural Resources, Inc.*

Grant H. Hackley, Esquire
Douglas C. LaSota, Esquire
Marshall Dennehey Warner Coleman
& Goggin
Union Trust Building Suite 700
501 Grant Street
Pittsburgh Pennsylvania 15219
*Counsel for Pinnacle Mining, LLC*

John Joseph Meadows, Esquire
Peter J. Raupp, Esquire
Devon J. Stewart, Esquire
Steptoe & Johnson
Post Office Box 1588
Charleston West Virginia 25326-1588
*Counsel for Pinnacle Mining Company,
LLC, Seneca Coal Resources, LLC, and
Seneca North American Coal, LLC*

</div>

*/s/Andrew C. Robey*
Andrew C. Robey, WVSB No. 12806

10320701.1