# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/3/2018                                                          Case Number 2:16-cv-06098
Case Style: Bluestone Coal Corporation vs. Pinnacle Mining Company, LLC
Type of hearing Settlement Conference
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                              Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Scott Long and Dave Nelson


Attorney(s) for the Defendant(s) Marc Williams, Dennis Rose, Steven Grubbs, Gary Broadbeut, Dan Worker, Louis Bone, Debra Varner, Louis Long, Sarah Walling, Charles Hafner, Josh Berman, Brent Mickum, Mark Gustafson, John Meadows, Dou
Law Clerk Lesley Shamblin                                                Probation Officer N/A

## Trial Time

## Non-Trial Time

Pretrial conference (including settlement and telephone conferences).

## Court Time

9:30 am    to 1:59 pm
Total Court Time: 4 Hours 29 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start:  9:30 a.m.
Actual Start:  9:30 a.m.

Plaintiff present in person and by counsel.  Court continues settlement negotiations.

Parties have reached settlement.  Court will enter dismissal order.

Court recessed:  1:59 p.m.