CLERK, UNITED STATES DISTRICT COURT
ROBERT C. BYRD U.S. COURTHOUSE
300 VIRGINIA ST., E., RM. 2400
CHARLESTON, WV 25301

OFFICIAL BUSINESS

CHARLESTON
WV 250
17 AUG '18

RECEIVED
OCT - 9 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

neopost
08/17/2018
US POSTAGE
$00.47⁰

FIRST-CLASS MAIL
ZIP 25301
041L11240460

No such business —
Return to sender

NIXIE  750  DE 1  0000/28/18

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 25301253900  *0871-07443-17-40

Craig Averch
WEIL, GOTSHAL & MANGES
901 West Main Street
Suite 4100
Dallas TX 65202



Craig Averch
WEIL GOTSHAL & MANGES
901 West Main Street
Suite 4100
Dallas TX 65202

2:16cv06098

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BLUESTONE COAL CORPORATION, et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO.  2:16-cv-06098

DOUBLE-BONUS MINING COMPANY, et al.,

        Defendants.

**ORDER**

Pending before the Court is Defendant C&J Well Services, Inc.'s motion to extend time to respond to the motion for reconsideration.  (ECF No. 211.)  For reasons appearing to the Court, the Court **GRANTS** the motion to extend time.  Defendant C&J Well Services, Inc.'s response is due no later than September 4, 2018, and any reply shall be due no later than September 11, 2018.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                  ENTER:     August 17, 2018

                                  THOMAS E. JOHNSTON, CHIEF JUDGE