IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BLUESTONE COAL CORPORATION, et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO.   2:16-cv-06098

PINNACLE MINING COMPANY, LLC, et al.,

        Defendants.

**ORDER**

Before this Court are an Emergency Motion to Reopen Case, (ECF No. 343), and a Motion to Withdraw that motion, (ECF No. 344), filed by Plaintiffs Bluestone Coal Corporation and Double-Bonus Mining Company (collectively, "Plaintiffs").  Plaintiffs' motion to withdraw, (ECF No. 344), is **GRANTED**.  The motion to reopen the case, (ECF No. 343), is **WITHDRAWN**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    October 22, 2018

_____
THOMAS E. JOHNSTON, CHIEF JUDGE