**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **MISSION COAL COMPANY, LLC, et al.,** | **Case No. 18-04177-TOM11**<br>**(Jointly Administered)** |
| **Debtors.** | |

---

**AGREED ORDER GRANTING BLUESTONE COAL CORPORATION AND DOUBLE-BONUS MINING COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (Doc. 401)**

---

All interested parties having agreed to the entry of this Agreed Order, the Court finds as follows:

A.      On December 7, 2018, Bluestone Coal Corporation and Double-Bonus Mining Company (the "**Movants**") filed their Motion for Relief from the Automatic Stay (Doc. 401) (the "**Motion**") for the purpose of completing those portions of a settlement agreement reached between Movants, Debtors Pinnacle Mining Company, LLC, Seneca Coal Resources, LLC, and Seneca North American Coal Company, LLC (the "**Debtors**"), and non-debtor parties, which settlement principally included insurance indemnity monies (the "**Settlement Agreement**").

B.      On January 31, 2019, the Debtors filed their Objection to the Motion (Doc. 634) (the "**Objection**").

C.      On February 11, 2019, American Guarantee and Liability Insurance Co. (the "**Intervenor**") filed its Motion to Intervene (Doc. 781).  In the Motion to Intervene, the Intervenor sought to intervene in the case "for the limited purpose of preserving its rights to the extent implicated" in the Motion and the Objection. *See id.*, p. 1.

D.      On February 4, 2019, the Court entered an Order (Doc. 663) setting the Motion for hearing on March 6, 2019.

E.      On January 18, 2019, the Movants filed two proofs of claim in this matter.  One proof of claim (Claim No. 5-1 in Case No. 18-04181-TOM11) asserted a claim for $479,500,000 based on alleged damages arising from the flooding of a coal mine (the "**Flood Claim**").  The other proof of claim (Claim No. 4-1 in Case No. 18-04185-TOM11) asserted a claim for $4,000,000 based on the alleged guaranty obligations of Pinnacle Mining Company, LLC arising out of the settlement agreement plus the damages for the Debtors' breach of their agreement to convey all of their right, title, and interest in the Pocahontas No. 4 Seam in Wyoming County, West Virginia and McDowell County, West Virginia (the "**Guaranty Claim**").

F.      The Movants, the Debtors, and the Intervenor have worked together to reach a resolution as to the matters relevant to the Movant's motion.  Their work has been successful, and each of the aforementioned parties wishes for the Court to enter this Agreed Order.

In view of the foregoing, and upon the agreement of the Movants, the Debtors, and the Intervenor,[1] it is hereby ORDERED, ADJUDGED, and DECREED that:

1.      The Objection is withdrawn.

2.      The Motion to Intervene is moot and, therefore, withdrawn without prejudice.

3.      The Motion is granted effective as of April 12, 2019 (the "**Effective Date**").

4.      This Court will retain jurisdiction over the Flood Claim and the Guaranty Claim.

5.      As of the Effective Date, the United States District Court for the Southern District of West Virginia shall have exclusive jurisdiction to resolve all issues related to the settlement agreement except for any claim directly against the Debtors arising from the settlement agreement and any claims by the Debtors against any insurer that do not erode or reduce the

---

[1] The Unsecured Creditors Committee has indicated that it has no objection to the resolution.

Movants' right to recover $8,160,000 under the Settlement Agreement from non-Debtor parties and insurers.

Dated:  March 5, 2019        /s/ Tamara O. Mitchell
                                           TAMARA O. MITCHELL
                                           United States Bankruptcy Judge

## AGREED AND SUBMITTED BY:

**Counsel for Bluestone Coal Corporation and Double-Bonus Mining Company**

*/s/ Russell Rutherford*
Richard P. Carmody
Russell Rutherford
Adams and Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, Alabama 35203
Telephone: (205) 250-5000
Facsimile: (205) 250-5034
Email: richard.carmody@arlaw.com
        russell.rutherford@arlaw.com

**Counsel for the Debtors**

*/s/ Dan Sparks* (with permission)
Daniel D. Sparks
Bill D. Bensinger
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
Telephone:     (205) 795-6588
Facsimile:     (205) 328-7234
Email: ddsparks@csattorneys.com
        bdbensinger@csattorneys.com

- and -

*/s/ Melissa Koss* (with permission)
James H.M. Sprayregen, P.C.
Brad Weiland (admitted pro hac vice)
Melissa N. Koss (admitted pro hac vice)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle
Chicago, Illinois 60654

Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: james.sprayregen@kirkland.com
        brad.weiland@kirkland.com
        melissa.koss@kirkland.com

- and -

*/s/ Stephen Hessler* (with permission)
Stephen E. Hessler, P.C. (admitted pro hac vice)
Ciara Foster (admitted pro hac vice)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email: stephen.hessler@kirkland.com
        ciara.foster@kirkland.com

**Counsel for American Guarantee and Liability Insurance Co.**

*/s/ Lou Bove* (with permission)
Louis A. Bove (admitted pro hac vice)
Bodell Bove LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
215-864-6600  (Main)
215-864-6602 (Direct)
215-864-6610 (Facsimile)
lbove@bodellbove.com

*/s/ Michael Cooper* (with permission)
J. Michael Cooper
Porterfield, Harper, Mills, Motlow & Ireland, PA
22 Inverness Center Pkwy, Suite 600
Birmingham, AL 35242
jmc@phm-law.com
(office) 205.980.5000
(direct dial) 205.949.3736

# Notice Recipients

District/Off: 1126–2          User: admin                    Date Created: 3/5/2019
Case: 18–04177–TOM11          Form ID: pdfsty               Total: 171

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Benjamin Shaw Goldman | bgoldman@handarendall.com |
| aty | Bill D Bensinger | bdbensinger@csattorneys.com |
| aty | Brian R Walding | bwalding@waldinglaw.com |
| aty | Bryan Scott Kaplan | bkaplan@kkgpc.com |
| aty | Cathleen C Moore | ccmoore@bradley.com |
| aty | Clark R Hammond | chammond@wallacejordan.com |
| aty | Clyde Ellis Brazeal, III | ebrazeal@joneswalker.com |
| aty | D Christopher Carson | ccarson@burr.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Daniel Isaac Waxman | dwaxman@wyattfirm.com |
| aty | David Skinner | david@skinnerlegal.com |
| aty | Eric T Ray | eray@balch.com |
| aty | Evan Nicholas Parrott | eparrott@maynardcooper.com |
| aty | Frederick Darrell Clarke, III | fclarke@rumberger.com |
| aty | Frederick Mott Garfield | fmg@spain–gillon.com |
| aty | Garrett Nail | garrett.nail@thompsonhine.com |
| aty | George N. Davies | gdavies@qcwdr.com |
| aty | Glen Marshall Connor | gconnor@qcwdr.com |
| aty | Grady Milton McCarthy | milton.mccarthy@asmc.alabama.gov |
| aty | Heather A Jamison | hlee@burr.com |
| aty | J Leland Murphree | Lmurphree@maynardcooper.com |
| aty | James Michael Cooper | jmc@phm–law.com |
| aty | Jay R. Bender | jbender@babc.com |
| aty | Jennifer Brooke Kimble | jkimble@lowenstein.com |
| aty | Jeremy L Retherford | jretherford@balch.com |
| aty | John Isbell | john.isbell@thompsonhine.com |
| aty | Joseph Sinnott Sheerin | jsheerin@mcguirewoods.com |
| aty | Kevin A Rogers | krogers@wellsmar.com |
| aty | Lee R. Benton | lbenton@bcattys.com |
| aty | Lloyd Weaver Gathings, II | lgathings@gathingslaw.com |
| aty | Marty L. Brimmage, Jr. | mbrimmage@akingump.com |
| aty | Matthew M Cahill | mcahill@bakerdonelson.com |
| aty | Max A. Moseley | mmoseley29@hotmail.com |
| aty | Michael E Bybee | mbybee1@bellsouth.net |
| aty | Michael Leo Hall | mhall@burr.com |
| aty | R. Scott Williams | swilliams@rumberger.com |
| aty | Richard Patrick Carmody | richard.carmody@arlaw.com |
| aty | Rita L Hullett | rhullett@bakerdonelson.com |
| aty | Robert H Adams | radams@rumberger.com |
| aty | Russell Rutherford | russell.rutherford@arlaw.com |
| aty | Ryan David Thompson | rthompson@maynardcooper.com |
| aty | Samuel Stephens | sstephens@bcattys.com |
| aty | Stephen B Porterfield | sporterfield@sirote.com |
| aty | Stuart H. Memory | smemory@memorylegal.com |
| aty | Thomas Benjamin Humphries | thumphries@sirote.com |
| aty | Vernie Edward Freeman | lorabeth@stonepatton.com |
| aty | Walter F McArdle | wmcardle@spain–gillon.com |

TOTAL: 47

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Mission Coal Company, LLC, et al., | 7 Sheridan Square, Suite 300          Kingsport, TN 37660 |
| ba | J. Thomas Corbett          Bankruptcy Administrator          1800 5th Avenue North          Birmingham, AL 35203 |
| cr | United Mine Workers of America          UMWA Headquarters          18354 Quantico Gateway Drive          #200          Triangle, VA 22172 |
| cr | Alabama Power Company          c/o Eric T. Ray          P.O. Box 306          Birmingham, AL 35201 |
| cr | Indemnity National Insurance Company          725 Cool Springs Boulevard, Suite 600          Franklin, TN 37067 |
| cr | Delaware Trust Company, Adm. Agt. for First Lien Holders          c/o Linda V. Donhauser, Esquire          Miles & Stockbridge P.C.          100 Light St., 10th Fl.          Baltimore, MD 21202 |
| cr | Natural Resource Partners L.P.          c/o Jennifer M. McLemore, Esquire          Christian & Barton, LLP          909 E. Main Street, Suite 1200          Richmond, VA 23219 |
| cr | Mission Coal Funding, LLC          6801 Falls Of Neuse Road          Suite 100          Raleigh, NC 27615 |
| intp | Francis Petrie          Kirkland & Ellis LLP          601 Lexington Avenue          New York, NY 10022 |
| intp | Gilbert Wallice          Kirkland & Ellis LLP          601 Lexington Avenue          New York, NY 10022 |
| intp | Melissa N. Koss          Kirkland & Ellis LLP          300 North LaSalle          Chicago, IL 60654 |
| intp | Stephen E. Hessler          Kirkland & Ellis LLP          601 Lexington Avenue          New York, NY 10022 |
| intp | Brad Weiland          Kirkland & Ellis LLP          300 North LaSalle          Chicago, IL 60654 |
| intp | Travis M. Bayer          Kirkland & Ellis LLP          300 North LaSalle          Chicago, IL 60654 |

| | | | |
|---|---|---|---|
| intp | Michael P. Esser | Kirkland & Ellis LLP | 555 California Street | San Francisco, CA 94104 |
| intp | Ciara Foster | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |
| intp | Anne Gilbert Wallice | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 |

intp	Michael P. Esser	Kirkland & Ellis LLP	555 California Street	San Francisco, CA 94104
intp	Ciara Foster	Kirkland & Ellis LLP	601 Lexington Avenue	New York, NY 10022
intp	Anne Gilbert Wallice	Kirkland & Ellis LLP	601 Lexington Avenue	New York, NY 10022
cr	THOMPSON TRACTOR CO., INC.	HAND ARENDALL HARRISON SALE LLC	1801 5th Avenue North	Suite 400	Birmingham,	AL, 35203 U.S.
cr	COWIN EQUIPMENT COMPANY, INC.	c/o Cathy Moore	Bradley Arant Boult Cummings, LLP	1819 5th Avenue North	Birmingham, AL 35203
cr	Berwind Land Company	c/o Peter M. Pearl	Spilman Thomas & Battle PLLC	P. O. Box 90	Roanoke, VA 24002
ba	Jon A Dudeck	1800 5th Avenue North	Birmingham, AL 35203
crcm	United Central Industrial Supply Company, LLC	Attn: Henry E. Looney	1241 Volunteer Pkwy, Ste. 1000	Bristol, TN 37620
crcm	United Mine Workers of America	Attn: Brian Sanson	18354 Quantico Gateway Drive, Suite 200	Triangle, VA 22172
crcm	UMWA 1974 Pension Plan and Trust	Attn: Glenda S. Finch	2121 K Street, N.W.	Washington, DC 20037
crcm	Pense Bros. Drilling Co., Inc.	Attn: Lisa Whitener	P. O. Box 551	Frederick Town, MO 63645
crcm	Coal Speciality Funding, LLC	Attn: Kirk B. Burkley, Esq	707 Grant St., Ste 2200 Gulf Tower	Pittsburgh, PA 15219
crcm	Cleveland–Cliffs Inc. f.k.a. Cliffs Natural Resources, Inc.	Attn: Susanne E. Dickerson	200 Public Square, Ste 3300	Cleveland, OH 44114
crcm	White Armature Works, Inc.	Attn: John White III	P. O. Box 330	Mallory, WV 25634
crcm	Tracy Barton	C/O Lloyd Gathings	2204 Lakeshore Sr., Ste 406	Birmingham, AL 35209
crcm	Webster, et al vs. Oak Grove et al	Attn: Jeffrey P. Leonard and Max Moseley	2224 1st Avenue North	Birmingham, AL 35203
cr	Appalachian Power Company d/b/a American Electric Power	c/o Eric T. Ray, Esq.	Post Office Box 306	Birmingham, AL 35201
cr	Alabama Surface Mining Commission	P. O. Box 2390	Jasper, AL 35502–2390
cr	Wilmington Savings Fund Society, FSB	c/o John R. Ashmead	Seward & Kissel, LLP	One Battery Park Plaza	New York, NY 10004
intp	Zolfo Cooper Management, LLC	5 Becker Farm Road	4th Floor	Roseland, NJ 07068
cr	Custom Engineering, Inc.	656 Hall St	Clay, KY 42404
cr	Bluestone Coal Corporation and Double Bonus Mining Company	1901 6th Avenue North	Birmingham
cr	Cleveland–Cliffs, Inc. f/k/a Cliffs Natural Resources, Inc.	c/o Stephen B. Porterfield	2311 Highland Avenue South	Birmingham, AL 35205
op	Jefferies LLC	520 Madison Avenue	New York, NY 10022
op	Omni Management Group	1120 Avenue of the Americas, 4th Floor	New York, NY 10036
aud	Cherry Bekaert, LLP	P.O. Box 25549	Richmond, VA 23260
sp	Ogletree Deakins Nash Smoak & Stewart PC	P.O. Box 89	Columbia, SC 29202
sp	Bingham Greenebaum Doll, LLP	300 West Vine Street Suite 1200	Lexington, KY 40507
sp	Bradley Arant Boult Cummings, LLP	One Federal Place	1819 Fifth Avenue North	Birmingham, AL 35203
acc	Carr, Riggs, & Ingram, LLC	1117 Boll Weevil Circle	Enterprise, AL 36331–1070
sp	Fabian VanCott	215 South State Street, Suite 1200	Salt Lake City, UT 84111
sp	Gibbons P.C.	One Gateway Center	Newark, NJ 07102–5310
sp	Grove, Holmstrand & Delk, PLLC	44 1/2 Fifteen Street	Wheeling, wv 26003
sp	Law Office of John F. Tyra, PC	1661 McFarland Blvd N	Tuscaloosa, AL 35406
consult	Lucha LLC	274 Gentle Breeze Drive	Chapmanville, WV 25598
acc	KPMG LLP	1676 International Drive	McLean, VA 22102
sp	Meyers, Roman, Friedberg & Lewis	28601 Chagrin Blvd, Suite 600	Cleveland, OH 44122
sp	Richards, Layton & Finger, P.A.	One Rodney Square, P.O. Box 551	Wilmington, DE 19899
sp	Sirote & Permutt, PC	P O Bo 55727	Birmingham, AL 35255
op	Towers Watson Delaware, Inc.	P.O. Box 28025	Chicago, IL 60673
cr	Jam Khorrami	c/o Mina Nami Khorrami, LLC	115 West Main, Ste 200A	Columbus, OH 43215
cr	Joann Waid, et al.	Spain & Gillon, LLC	505 North 20th Street	1200 Financial Center	Birmingham, AL 35203
intp	Ana M Clarke	c/o Benton & Centeno, LLP	2019 Third Avenue North	Birmingham, AL 35203
intp	Thomas M Clarke	c/o Benton & Centeno, LLP	2019 Third Avenue North	Birmingham, AL 35203
cr	Bay Point Advisors, LLC	c/o Ellis Brazeal	Jones Walker LLP	420 20th Street North	Birmingham, AL 35203
fa	Berkeley Research Group, LLC	Edwin N. Ordway, Jr.	810 Seventh Avenue, Suite 4100	New York, NY 10019
fa	Ernst & Young LLP	1401 McKinney St Ste 1200	Houston, TX 77010
cr	MMD Mineral Sizing (America) Inc.	c/o Memory Memory & Causby, LLP	PO Box 4054	Montgomery, AL 36103
ex	Direct Fee Review LLC	Don F. Oliver	1000 N West Street Suite 1200	Wilmington, DE 19801
intp	Hilda Mitros	P O Box 1145	Welch, WV 24801
cr	Carter Machinery Company, Inc.	c/o Ellis Brazeal	Jones Walker LLP	420 20th St. N.	Suite 1100	Birmingham, AL 35203
cr	Coking Coal Leasing, LLC	c/o J. Leland Murphree	1901 6th Ave North Suite 2400	Birmingham, AL 35203–4604
cr	ENCECO Inc.	c/o J. Leland Murphree	1901 6th Ave North Suite 2400	Birmingham, AL 35203–4604
cr	Iron Management III, LLC	c/o J. Leland Murphree	1901 6th Ave North Suite 2400	Birmingham, AL 35203–4604
cr	Iron Management II, LLC	c/o J. Leland Murphree	1901 6th Ave North Suite 2400	Birmingham, AL 35203–4604

| | | | | |
|---|---|---|---|---|
| cr | Charles A. Ebetino, Jr. | c/o J. Leland Murphree | 1901 6th Ave North Suite 2400 | Birmingham, AL 35203–4604 |
| cr | Jason R. McCoy | c/o J. Leland Murphree | 1901 6th Ave North Suite 2400 | Birmingham, AL 35203–4604 |
| cr | Kenneth R. McCoy | c/o J. Leland Murphree | 1901 Sixth Ave N Ste 2400 | Birmingham, AL 35203–4604 |
| aty | Kellis Vegetation Management | Kitchens Kelley Gaynes PC | 5555 Glenridge Connector, Suite 800    Glenridge Highlands One    Atlanta, ga 30342 | |
| cr | Powellton Minerals LLC | c/o Baker Donelson PC | 420 20th St. N., Suite 1400 | Birmingham, AL 35203 |
| inv | American Guarantee and Liability Insurance Co. | | American Guarantee and Liability Insuran    1299 Zurich Way    Schaumburg, IL 60196 | |
| aty | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | | 420 20th Street N Ste 1400 | Birmingham, AL 35203 |
| aty | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 | |
| aty | Lowenstein Sandler LLP | 1251 Avenue of the Americas | New York, NY 10020 | |
| aty | Alan R. Lepene | Thompson Hine, LLP | 3900 Key Center    127 Public Square | Cleveland, OH 44114 |
| aty | Allison P. Miller | AKIN GUMP STRAUSS HAUER & FELD LLP | One Bryant Park, Bank of America Tower    New York, NY 10036–6745 | |
| aty | Arielle B. Adler | Lowenstein Sandler LLP | | |
| aty | Augustus C. Epps, Jr. | CHRISTIAN & BARTON, LLP | 909 East Main Street, Suite 1200 | Richmond, VA 23219–3095 |
| aty | Austin Klar | Kirkland & Ellis LLP | 555 California St    San Francisco, CA 94104 | |
| aty | Brad Weiland | KIRKLAND & ELLIS LLP | 300 North LaSalle    Chicago, IL 60654 | |
| aty | Ciara Foster | KIRKLAND & ELLIS LLP | 601 Lexington Avenue    New York, NY 10022 | |
| aty | Craig H. Averch | White & Case LLP | 555 S Flower St Ste 2700    Los Angeles, CA 90071 | |
| aty | Diana M. Bardes | Mooney, Green, Saindon, Murphy & Welch | 1920 L Street, N.W., Suite 400    Washington, DC 20036 | |
| aty | Erik Y. Preis | AKIN GUMP STRAUSS HAUER & FELD LLP | One Bryant Park, Bank of America Tower    New York, NY 10036–6745 | |
| aty | Gabriel L. Olivera | Lowenstein Sandler LLP | One Lowenstein Drive    Roseland NJ | |
| aty | James H.M. Sprayregen | KIRKLAND & ELLIS LLP | 300 North LaSalle    Chicago, IL 60654 | |
| aty | Jamie Gottlieb Furia | Lowenstein Sandler LIT | 1251 Avenue of the Americas    New York, NY 10020 | |
| aty | Jason P. Rubin | AKIN GUMP STRAUSS HAUER & FELD LLP | One Bryant Park, Bank of America Tower    New York, NY 10036–6745 | |
| aty | Jeffey Cohen | Lowenstein Sandler LLP | 1251 Avenue of the Americas    New York, NY 10020 | |
| aty | Jennifer M. McLemore | CHRISTIAN & BARTON, LLP | 909 East Main Street, Suite 1200    Richmond, VA 23219–3095 | |
| aty | John Ashmead | Seward & Kissel, LLP | One Battery Park Plaza    New York, NY 10004 | |
| aty | John C. Goodchild, III | Morgan, Lewis & Bockius LLP | 1701 Market Street    Philadelphia, PA 19103–2921 | |
| aty | John R. Mooney | Mooney, Green, Saindon, Murphy & Welch, | 1920 L Street NW Suite 400    Washington, DC 20036 | |
| aty | Joseph J. DiPasquale | Lowenstein Sandler LLP | One Lowenstein Drive    Roseland, NJ 07068 | |
| aty | Kathryn G. Demander | Akin Gump Strauss Hauer & Feld LLP | 1700 Pacific Avenue, Suite 4100    Dallas, TX 75201 | |
| aty | Kevin J. Walsh | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | One Financial Center    Boston, MA 02111 | |
| aty | Lacy M. Lawrence | AKIN GUMP STRAUSS HAUER & FELD LLP | 1700 Pacific Avenue, Suite 4100    Dallas, TX 75201 | |
| aty | Laura Gibson | Dentons US LLP | 1221 McKinney St Ste 1900    Houston, TX 77010 | |
| aty | Linda V. Donhauser | Miles & Stockbridge PC | 100 Light Street 10th Floor    Baltimore, MD 21202 | |
| aty | Lisa G. Beckerman | AKIN GUMP STRAUSS HAUER & FELD LLP | One Bryant Park, Bank of America Tower    New York, NY 10036–6745 | |
| aty | Louis A. Bove | Bodell Bove | 1845 Walnut St Ste 1100    Philadelphia, PA 19103 | |
| aty | Mary E. Seymour | Lowenstein Sandler LLP | One Lowenstein Drive    Roseland, NJ 07068 | |
| aty | Matthew Ziegler | Morgan Lewis Bockius LLP | 101 Park Avenue    New York, NY 10178 | |
| aty | Melissa N. Koss | KIRKLAND & ELLIS LLP | 300 North LaSalle    Chicago, IL 60654 | |
| aty | Michael B. Slade | Kirkland & Ellis LLP | 300 North LaSalle    Chicago, IL 60654 | |
| aty | Michael D. Mueller | CHRISTIAN & BARTON, LLP | 909 East Main Street, Suite 1200 | Richmond, VA 23219–3095 |
| aty | Nicole Fulfree | Lowenstein Sandler LLP | One Lowenstein Drive    Roseland, NJ 07068 | |
| aty | Paul A. Green | Mooney, Green, Saindon, Murphy & Welch, | 1920 L Street NW Suite 400    Washington, DC 20036 | |
| aty | Peter M. Pearl | Spilman, Thomas & Battle, PLLC | 310 First Street, Suite 1100    Roanoke, VA 24011 | |
| aty | Rachel Jaffe Mauceri | Morgan, Lewis & Bockius LLP | 1701 Market Street    Philadelphia, PA 19103–2921 | |
| aty | Robert S. Dooley | 118 N 18th St    Bessemer, AL 35020 | | |
| aty | Roberto J. Kampfner | White & Case, LLP | 555 S. Flower Street, Suite 2700    Los Angeles, CA 90071 | |
| aty | Ronald Gorsich | White & Case LLP | 555 S Flower St Ste 2700    Los Angeles, CA 90071 | |
| aty | Sandra D. Freeburger | Dietz, Shields & Freeburger, LLP | 101 First Street    P.O. Box 21    Henderson, KY 42419–0021 | |
| aty | Scott McBride | Lowenstein Sandler LLP | One Lowenstein Drive    Roseland, NJ 07068 | |
| aty | Stephen E. Hessler | KIRKLAND & ELLIS LLP | 601 Lexington Avenue    New York, NY 10022 | |
| aty | Steven L. Thomas | Kay Casto & Chaney PLLC | 707 Virginia Street, East, Suite 1500    Charleston, WV 25301 | |

| | | | | |
|---|---|---|---|---|
| aty | Timothy J. McKeon | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO | | One Financial Center      Boston, MA 02111 |
| aty | Warren R. McGraw, II | P O Box 279 | Prosperity, WV 25909 | |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 |

TOTAL: 124