```
                 IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                           AT CHARLESTON


_____x
                                :
BLUESTONE COAL CORPORATION,     :
a West Virginia Corporation;    :      Civil Action
and                             :
DOUBLE-BONUS MINING COMPANY,    :      No. 2:16-cv-060908
A West Virginia Corporation,    :

Plaintiffs,                     :
                                :
v.                              :
                                :
                                :      Date:  October 2, 2018
PINNACLE MINING COMPANY, LLC.,  :
a Delaware Corporation;         :
and TARGET DRILLING, INC., a    :
Pennsylvania Corporation;       :
SENECA COAL RESOURCES,          :
LLC, a Delaware Limited         :
Liability Company;              :
SENECA NORTH AMERICAN COAL,     :
LLC, (SNAC), a Delaware         :
Limited Liability Company;      :
CLIFFS NATURAL RESOURCES,       :
INC., an Ohio Corporation;      :
TAM INTERNATIONAL, INC., a      :
Delaware Corporation; and       :
C&J Well Services, Inc., a      :
foreign corporation licensed    :
to do business in              :
West Virginia under the trade   :
name of C&J Energy Services,    :
                                :
                Defendants.     :
_____x


             TRANSCRIPT OF SETTLEMENT CONFERENCE HELD
       BEFORE THE HONORABLE THOMAS E. JOHNSTON, CHIEF JUDGE
                  UNITED STATES DISTRICT COURT
                  IN CHARLESTON, WEST VIRGINIA
```

```
APPEARANCES:
For the Plaintiffs:          R. SCOTT LONG, ESQ.
                             DAVID F. NELSON, ESQ.
                             Hendrickson & Long
                             P. O. Box 11070
                             Charleston, WV 25339


For the Defendants:          JOSHUA A. BERMAN, ESQ.
                             White & Case
                             1221 Avenue of the Americas
                             New York, NY 10020-1095

                             JOHN J. MEADOWS, ESQ.
                             Steptoe & Johnson
                             P. O. Box 1588
                             Charleston, WV 25326-1588

                             DOUGLAS C. LASOTA, ESQ.
                             Marshall Dennehey Warner
                             Coleman & Goggin
                             Suite 700
                             501 Grant Street
                             Pittsburgh, PA 15219

                             DENNIS R. ROSE, ESQ.
                             Hahn Loeser & Parks
                             Suite 2800
                             200 Public Square
                             Cleveland, OH 44114

                             JOHN L. MACCORKLE, ESQ.
                             MacCorkle & Lavender
                             P. O. Box 3283
                             Charleston, WV 25332

                             MARK E. GUSTAFSON, ESQ.
                             White & Case
                             Suite 2700
                             555 South Flower Street
                             Los Angeles, CA 90071

                             MARC E. WILLIAMS, ESQ.
                             Nelson Mullins Riley &
                             Scarborough
                             P. O. Box 1856
                             Huntington, WV 25719-1856
```

```
                              STEVEN GRUBBS, ESQ.
                              Sheehy, Ware & Pappas
                              909 Fannin St., Ste. 2500
                              Houston, TX  77010

                              DAN WORKER, ESQ.
                              Lewis Brisbois
                              550 West Adams Street
                              Suite 300
                              Chicago, IL 60661

                              LOUIS A. BOVE', ESQ.
                              Bodell Bove'
                              1845 Walnut St. #1100
                              Philadelphia, PA  19103

                              DEBRA T. VARNER, ESQ.
                              McNeer Highland McMunn & Varner
                              400 W Main Street
                              Clarksburg, WV 26301

                              SARAH A. WALLING, ESQ.
                              Jenkins Fenstermaker, PLLC
                              325 Eighth Street
                              Huntington, WV 25701-2225

                              CHARLES A. HAFNER, ESQ.
                              Nicolaides Fink Thorpe
                              Michaelides Sullivan
                              10 South Wacker Drive
                              Floor 21
                              Chicago, IL 60606

                              LOUIS C. LONG, ESQ.
                              Thomas Thomas & Hafer
                              525 William Penn Place
                              Suite 3750
                              Pittsburgh, PA 15219

                              JOHN FIXTER, ESQ.

In-House Counsel:             GEORGE B. MICKUM
                              GARY BROADBENT


Court Reporter:               Ayme Cochran, RMR, CRR

Proceedings recorded by mechanical stenography;
transcript produced by computer.
```

```
1            PROCEEDINGS had before The Honorable Thomas E.

2   Johnston, Chief Judge, United States District Court,

3   Southern District of West Virginia, in Charleston, West

4   Virginia, on October 2, 2018, at 10:10 a.m., as follows:

5            COURTROOM DEPUTY CLERK:  The matter before the

6   Court is Bluestone Coal, et al. v. Pinnacle Mining, et al.,

7   civil action number 2:16-cv-06098, scheduled for a

8   settlement conference.

9            THE COURT:  Good morning.

10            SIMULTANEOUS SPEAKERS:  Good morning.

11            THE COURT:  I almost hesitate to say this, but

12   will counsel please note their appearances?

13            MR. LONG:  Scott Long and Dave Nelson for

14   plaintiffs, accompanied by Governor Justice, and his son

15   Jay.

16            MR. BERMAN:  Good morning, Judge Johnston.  Josh

17   Berman from White & Case on behalf of defendants, Seneca and

18   Pinnacle.

19            MR. LASOTA:  Doug LaSota, Your Honor, on behalf of

20   Pinnacle Mining.

21            MR. BERMAN:  And I should say, with us, I'm sorry,

22   is the CEO of the company, Mike Zervos.

23            MR. BROADBENT:  Gary Broadbent, General Counsel.

24            MR. MEADOWS:  John Meadows, Steptoe & Johnson, on

25   behalf of Seneca defendants and Pinnacle.
```

```
1                MR. GUSTAFSON:  Mark Gustafson, White & Case, on
2      behalf of Seneca.
3                MR. WILLIAMS:  Marc Williams from Nelson Mullins
4      on behalf of Cliffs Natural Resources.
5                MR. ROSE:  Your Honor, Dennis Rose from Hahn,
6      Loeser & Parks on behalf of Cliffs Natural Resources.  We
7      have with us James Graham, Jason Beloso and Shelly Hilbert
8      from Cliffs.
9                THE COURT:  Anybody else?
10               MR. GRUBBS:  Your Honor, Steven Grubbs.  I'm here
11     representing Ironshore United Kingdom.
12               MR. MACCORKLE:  John MacCorkle for Ken & Coy.
13               MR. BOVE':  Good morning.  Lou Bove', Bodell
14     Bove', on behalf of Zurich.
15               MR. WORKER:  Good morning, Your Honor.  Dan Worker
16     on behalf of Chubb.
17               MR. HAFNER:  Charles Hafner on behalf of Arch.
18               MR. LONG:  Louis Long with Thomas, Thomas & Hafer
19     on behalf of Great Midwest.
20               MS. VARNER:  Debra Varner, Your Honor, on behalf
21     of Starr, and I have Paul Zatopek with me.
22               MS. WALLING:  Good morning, Your Honor.  Sarah
23     Walling with Jenkins Fenstermaker on behalf of Axis and
24     Aspen.
25               THE COURT:  Anyone else?  All right.
```

1          MR. FIXTER:  Sorry, Your Honor.  John Fixter on

2     behalf of XL Catlin.

3          THE COURT:  All right.  I appreciate you all being

4     here today.  This is quite a gathering.  And my hope is that

5     it will -- that everyone will work diligently toward finding

6     a resolution of this matter.  I've set aside today and

7     tomorrow to do that.  I intend to work hard on it.

8          Some of you have been through this process with me

9     before and you've seen that I've managed to get some tough

10    cases settled.  So, that's my intent, and that's the way I

11    intend to proceed today, and I intend to be very focused on

12    that.

13         Let me ask, I have received five submissions

14    confidentially from the parties.  I read those over.  For

15    the most part, the parties complied with my directive to

16    file a ten-page-ish memo, except for Pinnacle that added 250

17    documents, pages of documents to theirs, which I did not

18    read because I didn't ask for 200 pages, 250 pages of

19    documents, but I got the gist of the -- of your information.

20         What I think I'm going to do is -- well, first of all,

21    I'm going to inquire and see if I understand the state,

22    current state, of the settlement negotiations that have

23    occurred.

24         First of all, as everyone knows, the -- there's already

25    been one settlement with -- the name of the parties is

```
 1    escaping me right now.

 2              MR. LONG:  Target.

 3              THE COURT:  That's right, Target.  There's already

 4    been one settlement with them.  And the -- what's the last

 5    demand that Bluestone made?

 6              MR. LONG:  $93 million.

 7              THE COURT:  Okay.  And what offers have been

 8    placed on the table thus far?

 9              MR. BERMAN:  Judge, from the defendants' side?

10              THE COURT:  Yes.

11              MR. BERMAN:  No counter to that amount of money

12    because -- for several reasons.  One --

13              THE COURT:  No, no, no, no.  I don't want to hear

14    it right now.  I just want to hear numbers right now.  I

15    want to see where the numbers stand and I get into these

16    things and I -- what I'm doing is interrupting a ping pong

17    game and I want to know which side of the court the ball is

18    on.

19              MR. BERMAN:  That about describes it, is about a

20    $93 million gap in our positions.  Now, we're here, of

21    course, willing to put money on the table, but we haven't

22    made any other offer.

23              THE COURT:  Well, somebody offered money --

24              MR. ROSE:  Your Honor --

25              THE COURT:  -- that was on the table at some
```

```
 1    point.
 2               MR. ROSE:  Your Honor, Cliffs had offered $250,000
 3    to get the ball rolling at the mediation and that's where it
 4    stopped.
 5               THE COURT:  All right.  I thought Bluestone had a
 6    demand on the table that was lower than that.
 7               MR. LONG:  We did, Your Honor.  It was an
 8    independent demand for Pinnacle only and that was $41.5.
 9               THE COURT:  All right.  So, nobody else has
10    offered anything, other than Cliffs?
11               MR. WILLIAMS:  Correct.
12               THE COURT:  All right.  Fair enough.
13         Here's what I think I'm going to do.  All of the
14    insurance companies that are here today, one way or another,
15    I understand there are reservations of rights and all that
16    good stuff, but all of them, one way or another, are
17    liability insurers for the defense side, correct?
18               MR. NELSON:  That's not correct, Your Honor.  Axis
19    and Aspen, Your Honor had requested that they be here, and
20    they were a first-party property carrier for the Bluestone
21    companies at the time this happened.
22               THE COURT:  Okay.
23               MR. NELSON:  There's been no -- the claims have
24    not been pursued with them for the last year and a half, two
25    years.
```

```
 1              THE COURT:  You explained that before.

 2              MR. NELSON:  But we got them here, as Your Honor

 3    had requested.  There's been no collection made against

 4    them.  There are no liens from them.

 5              THE COURT:  All right.  That's fine.

 6         Well, I think what I'm going to do is, there are so

 7    many companies, parties, et cetera, here that we have

 8    Bluestone and pretty much everybody else.  So, what I think

 9    I'm going to do is, I'm going to split -- I'm going to split

10    you all up, but I'm going to ask the Bluestone -- I'm going

11    to put you all in the jury room.

12         And then, what I'm probably going to do is invite

13    others to come in and see me as the moment calls for.  So --

14    and I will leave everybody else here in the courtroom for

15    the time being.

16         And if you -- I guess there was a sign-in sheet that

17    was done.  Has everybody -- has everybody signed in so we

18    know who you are?  It's particularly important that Ms.

19    Shamblin, my law clerk, knows who you are because she is the

20    one who will be coming to get you when the time comes.

21         The -- Cliffs filed a summary, very helpful summary, of

22    all the coverages that was -- if nothing else, that -- and

23    everybody on this list is here, as far as you know?

24              MR. ROSE:  We -- we believe -- believe so.

25              THE COURT:  I mean, I had everybody note their
```

```
 1    appearances and I have a list in front of me.  So, let me

 2    just make sure everybody on that list is here.

 3        AIG is here?

 4              MR. DIDONATO:  Here, Your Honor.

 5              THE COURT:  Yeah.  Well, they didn't note their

 6    appearances before.  So, who is here on behalf of AIG?

 7              MR. DIDONATO:  Michael Didonato, adjustor for

 8    Pinnacle.

 9              MS. RICU-SICART:  We don't have counsel.

10              THE COURT:  Speak up.

11              MS. RICU-SICART:  We're here as the adjustors, so

12    that's why we didn't note our appearances.

13              THE COURT:  All right.  Fair enough.  Give me your

14    names again.  My court reporter couldn't hear you.

15              MS. RICU-SICART:  Erin Ricu-Sicart,

16    R-i-c-u-S-i-c-a-r-t, and I'm here for Cliffs.

17              MR. DIDONATO:  Michael Didonato, D-i-d-o-n-a-t-o,

18    adjustor for Pinnacle.

19              THE COURT:  All right.  And ACE?

20              MR. WORKER:  ACE?  Chubb.

21              THE COURT:  That's Chubb?

22              MR. WORKER:  Yes, sir.

23              THE COURT:  All right.  What's your name again?

24              MR. WORKER:  Dan Worker.

25              THE COURT:  Starr?
```

```
1              MS. VARNER:  Debra Varner, Your Honor.
2              THE COURT:  All right.  Very well.  Westchester?
3              MR. WORKER:  Chubb.
4              THE COURT:  Okay.  Chubb has many names.
5          Ironshore?
6              MR. GRUBBS:  Steven Grubbs, Your Honor, from --
7      representing Ironshore.
8              THE COURT:  Okay.  XL?
9              MR. FIXTER:  John Fixter.
10             THE COURT:  Okay.  And Argo?  Is nobody here from
11     Argo?  Were they invited?
12             MR. ROSE:  Oh, they were invited many times, Your
13     Honor.  Many times.  Many times.  Many e-mails.  Many
14     letters.
15             MR. BERMAN:  From us, too.  I've got a similar
16     chart with a record of all the correspondence.
17             THE COURT:  Okay.  And then your insurance carrier
18     is Axis, you said?
19             MR. NELSON:  Axis and Aspen.
20             THE COURT:  There's two of them?
21             MR. NELSON:  Yes.  They have a combined policy, a
22     combined aggregate of policies.
23             THE COURT:  Okay.
24         All right.  I have some thoughts on how I want to
25     proceed.  I want to -- what I think I will do, and -- is
```

1    call back to my chambers those who I want to talk to and,

2    frankly, I'm going to try to deal with some of the

3    lower-hanging fruit first, so to speak.  So, I'm going to

4    adjourn and Lesley will come and get who I want to talk

5    with.

6        And, in the meantime, the jury room has its own

7    facilities.  The restrooms are right outside the courtroom

8    here.

9        I look forward to talking with you and working on this.

10   Thank you.

11        (Proceedings on the record concluded for October 2,

12   2018.)

13

14   CERTIFICATION:

15        I, Ayme A. Cochran, Official Court Reporter, certify

16   that the foregoing is a correct transcript from the record

17   of proceedings in the matter of Bluestone Coal Corp., et

18   al., Plaintiffs v. Pinnacle Mining Company, et al.,

19   Defendants, Civil Action No. 2:16-cv-06098, as reported on

20   October 2, 2018.

21

22   s/Ayme A. Cochran, RMR, CRR                October 16, 2018

23   Ayme A. Cochran, RMR, CRR                        DATE

24

25