IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BLUESTONE COAL CORPORATION, et al.,

        Plaintiffs,

v.                                  CIVIL ACTION NO.  2:16-cv-06098

PINNACLE MINING COMPANY, LLC, et al.,

        Defendants.

**ORDER**

The Court will hold a telephonic status conference in the above-styled case on **April 25, 2019, at 2:00 p.m.** The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call. The Court **DIRECTS** the parties to inform counsel for the insurance company to be on the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:        April 24, 2019

                              THOMAS E. JOHNSTON, CHIEF JUDGE