# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 4/25/2019                                                                 Case Number 2:16-cv-06098
Case Style: Bluestone Coal Corporation vs. Pinnacle Mining Company, LLC
Type of hearing Telephonic Status Conference
Before the honorable: 2515-Johnston
Court Reporter Kathy Swinhart                                                   Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Dave Nelson and Scott Long


Attorney(s) for the Defendant(s) Dennis Rose and Marc Williams


Law Clerk Lesley Shamblin                                                       Probation Officer N/A

Trial Time


Non-Trial Time


Court Time

2:00     to 2:25
Total Court Time: 0 Hours 25 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

Scheduled Start:  2:00 p.m.
Actual Start:  2:00 p.m.

Parties present telephonically.  Court addresses case.

Court recessed:  2:25 p.m.